No. 47. UNITED STATES v. SHANNON ET AL. C. A. 4th Cir. Certiorari granted. *Solicitor General Perlman* for the United States.

No. 85. PERKINS v. BENGUET CONSOLIDATED MINING Co. ET AL. Supreme Court of Ohio. Certiorari granted. *Robert N. Gorman* and *Stanley A. Silversteen* for petitioner. *Lucien H. Mercier* and *Charles G. White* for the Benguet Consolidated Mining Co., respondent.

No. 158. LILLY ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari granted. *Randolph E. Paul* and *Louis Eisenstein* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *I. Henry Kutz* for respondent.

No. 195. RUTKIN v. UNITED STATES. C. A. 3d Cir. Certiorari granted. *Edward Halle* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Stanley M. Silverberg* and *Ellis N. Slack* for the United States.

No. 209. UNITED STATES v. KELLY ET AL. Court of Claims. Certiorari granted. *Solicitor General Perlman* for the United States. *Henry J. Fox* for respondents.

No. 43. HARISIADES v. SHAUGHNESSY, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION. C. A. 2d Cir. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Carol King* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for respondent.